MINUTE ENTRY
DUVAL, J.
APRIL 1, 2009

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO: LEVEE, MRGO & BARGE
No. 09-145 (deLAHOUSSYE, ET AL)
No. 09-146 (BENNETT, ET AL)

CIVIL ACTION

NO. 05-4182

SECTION "K"(2)

MOTION to remand case back to the 24th Judicial District Court of the Parish of Jefferson, by defts, Aaron Broussard and the Parish of Jefferson, doc. 17699.

MOTION to remand case back to the 24th Judicial District Court of the Parish of Jefferson by pltfs', doc. 17569.

MOTION to remand case back to the 24th Judicial District Court of the Parish of Jefferson by pltfs', doc. 17561.

JOINT MOTION to supplement order confirming stay of certain claims (doc. 16811, filed 12/19/08) by Class Reps., doc. 17288.

CASE MANAGER: SHEENA DEMAS
COURT REPORTER: KAREN IBOS

APPEARANCES: See the attached list.

Court begins at 1:41 p.m. Case called; all present and ready.
Oral argument by parties.
These matters are GRANTED, however, sanctions are DENIED.
Court adjourned at 2:36 p.m.

JS-10 (:54 )

**PLEASE PRINT - SIGN IN SHEET FOR C.A. 05-4182 "K"(2)**
**WEDNESDAY, APRIL 1, 2009 AT 1:30 P.M.**

**IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION**
**(DELAHOUSSAYE, NO. 09-145 & BENNETT, NO. 09-146, - MOTIONS, DOCS. 17288,**
**17561, 17569 & 17699)**

| ATTORNEY | PARTY |
|---|---|
| Tom Snyder, Jr. | Bennett / de la Haussaye |
| James Irvin | " " |
| Joseph Guichet | St Paul Fire + Marine |
| Chris Tankersley | Jefferson Parish + Aaron Broussard |
| Scott Gaspard | Jefferson Parish + Aaron Broussard |
| Isaka Williams | City of N.O |
| Ralph Hubbard | St Paul Fire + Marine |
| Doug Wynne | American Manufacturers Insur Co |
| Joseph E. Bearden, III | ESLD/LBBLD |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |